

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| El Paso Community MHMR d/b/a Emergence Health Network and Emergence Health Network, | § | No. 08-18-00183-CV |
| | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| Diana Billingsley, | § | (TC# 2018-DCV-0919) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **January 12, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven L. Hughes, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before January 12, 2019.

IT IS SO ORDERED this 27th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.